441 A.2d 447

Commonwealth v. Evans, Appellant.

Submitted April 8, 1981. W. Michael Babb, for appellant; George C. Yatron, District Attorney, for Commonwealth, appellee.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

The judgment of sentence of the lower court is hereby affirmed.

441 A.2d 447

Commonwealth v. Fodor, Appellant.

Submitted December 2, 1980. John P. Karoly, Jr., for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Judgment of sentence affirmed.